IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST MEDINA,

     Plaintiff,                    No. CIV S-05-0823 DFL DAD P

     vs.

CHERYL PAIZIAS, et al.,

     Defendants.           ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On May 10, 2006, plaintiff filed a notice of a change of address reporting that he is in transit to the California Medical Facility. The court will direct the Clerk of the Court to reflect that plaintiff's current address is the California Medical Facility.[1] In that same letter plaintiff appears to request instruction from the court with respect to amending his complaint.

        The Federal Rules of Civil Procedure provide that a party may amend his or her pleading "once as a matter of course at any time before a responsive pleading is served." Fed. R. Civ. P. 15(a). However, an amended or supplemental complaint supersedes the original complaint. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967). Once an amended pleading is

---

[1] Plaintiff indicates that he expects to arrive at the California Medical Facility in Vacaville by May 17, 2006, and to remain incarcerated at that institution thereafter.

1

filed, the original pleading no longer serves any function in the case. Id.; see also E.D. Local Rule 15-220. Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged. The amended complaint must bear the docket number assigned this case and must be labeled "Amended Complaint"; plaintiff must file an original and two copies of the amended complaint. Plaintiff should use the court's form complaint. Finally, plaintiff is cautioned that he should carefully consider whether to amend his complaint. Any amended complaint must be screened by the court before this action can proceed, and some delay resulting from that screening process may result due to the court's heavy caseload.

Finally, plaintiff indicates in his letter that he is having difficulties having his legal documents photocopied. Therefore, the court will grant plaintiff an extension of time to comply with the court's April 27, 2006 order.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to modify the court's record to reflect that plaintiff's current address is the California Medical Facility in Vacaville, California;

2. Within thirty days from the service of this order, plaintiff shall file his USM-285 forms, the summons, and copies of the complaint as set forth in the court's April 27, 2006 order, or an amended complaint as set forth in this order;

3. The Clerk of the Court is directed to provide plaintiff with a copy of the court's form complaint for a § 1983 action; and

4. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: May 18, 2006.

DAD:4
medi0823.eot

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

2