1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ERNEST MEDINA,

11           Plaintiff,                    No. CIV S-05-0823 DFL DAD P

12       vs.

13   CHERYL PAIZIAS, et al.,

14           Defendants.                   ORDER

15   _____/

16           Plaintiff has requested the appointment of counsel.  The United States Supreme

17   Court has ruled that district courts lack authority to require counsel to represent indigent

18   prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In

19   certain exceptional circumstances, the court may request the voluntary assistance of counsel

20   pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991);

21   <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court

22   does not find the required exceptional circumstances.  Plaintiff's request for the appointment of

23   counsel will therefore be denied.

24   /////

25   /////

26   /////

                                            1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's June 28, 2006 request

2   for the appointment of counsel is denied.

3   DATED: July 12, 2006.

4

5   _____

6   DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

7   DAD:bb
    medi0823.31

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26