BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
 FRANCES T. GRUNDER
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
BARRY D. ALVES, State Bar No. 232971
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 445-8212
 Fax:  (916) 324-5205

Attorneys for Defendants Paizias and Johnson
SA2006302632

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ERNEST MEDINA,** | CIV S-05-0823 DFL DAD P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |
| **v.** | |
| **CHERYL PAIZIAS, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' request for an extension of time to file a responsive pleading, and good cause having been found.

IT IS HEREBY ORDERED:  Defendants' responsive pleading shall be filed on or before October 18, 2006.

DATED: September 13, 2006.

_Dale A. Drozd_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
medi0823.36D