IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST MEDINA,

        Plaintiff,                        No. CIV S-05-0823 DFL DAD P

    vs.

CHERYL PAIZIAS, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 2, 2006, plaintiff filed a letter with the court indicating that he had lost all of his papers, court rules, orders and books when he was transferred to his current facility. Plaintiff is informed that on October 4, 2006, defendants filed a motion to dismiss which was served on plaintiff at his current facility. Pursuant to Local Rule 78-230(m), plaintiff's opposition must be served and filed not more than eighteen days, plus three days for mailing, after the date of service of the motion. However, the court will provide plaintiff with additional time to file his opposition or a statement of non-opposition to the motion. Plaintiff is cautioned that his failure to file an opposition or a statement of non-opposition may be deemed a waiver of opposition to the motion and may result in the dismissal of this action.

/////

1

1    Due to limited resources, the court does not provide duplicate copies of its orders or the court's rules. If plaintiff wishes to obtain copies of court records, he must contact a private photocopying service and pay for the photocopies.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file his opposition or statement of non-opposition to the defendants' October 4, 2006 motion to dismiss on or before November 13, 2006; defendants' reply, if any, shall be filed within five court days following service of plaintiff's opposition; and

2. Plaintiff's failure to file an opposition, or a statement of non-opposition, to defendants' October 4, 2006 motion to dismiss may be deemed a waiver of opposition to the motion and result in the dismissal of this action.

DATED: October 10, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
medi0823.oppo

2